UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 10-11773

DEBORAH POLITIS,
Plaintiff,

v.

GLAXOSMITHKLINE,
Defendant.

ORDER
August 9, 2011

O'TOOLE, D. J.

Upon review of the submissions of the parties, the Defendant's Rule 12(c) Motion for Judgment on the Pleadings (dkt. no. 7) is DENIED. Viewing the facts contained in the pleadings in the light most favorable to the plaintiff and drawing all reasonable inferences therefrom, the complaint alleges sufficient facts to raise the right to relief above the speculative level. See Perez-Acevedo v. Rivero-Cubano, 520 F.3d 26, 29 (1st Cir. 2008).

It is SO ORDERED.

   /s/ George A. O'Toole, Jr.
United States District Judge