UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 10-11773-GAO

DEBORAH POLITIS,
Plaintiff,

v.

GLAXOSMITHKLINE,
Defendant.

ORDER
April 27, 2015

O'TOOLE, D.J.

In light of the plaintiff's failure to comply with the Order Enforcing Settlement Agreement (dkt. no. 40) entered over a year ago, on March 20, 2015 this Court ordered the plaintiff to show cause (dkt. no. 62) why this case should not be dismissed with prejudice as a sanction for her noncompliance. The plaintiff submitted a letter to this Court two weeks after the show cause deadline, noting her disability and need for accommodations. The letter does not explain the plaintiff's continued failure to comply with the settlement order and offers no legal reason why the case should continue in this Court. Moreover, the Court is well aware of the facts of the plaintiff's situation and has given her ample opportunity to comply with its orders.

The plaintiff having shown no indication that she means to comply with the settlement agreement as ordered, this case is DISMISSED with prejudice.

Judgment shall enter accordingly.

/s/ George A. O'Toole, Jr.
United States District Judge